*Clayton L. Orn, David D. Trammell,* and *Hayes McCoy* for petitioner. *Mr. Angus G. Wynne* for respondents.

No. 854. UNITED STATES *v.* GLENN L. MARTIN Co. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Jackson* for the United States. *Mr. John T. Koehler* for respondent.

No. 838. F. H. E. OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. Harry C. Weeks* for petitioner. *Solicitor General Jackson* for respondent.

No. 845. FRANKLIN ET AL. *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Sam Costen* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *Aaron B. Holman* for the United States.

No. 881. ESTATE OF SANFORD *v.* COMMISSIONER OF INTERNAL REVENUE. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. John W. Davis, Montgomery B. Angell,* and *William A. Carr* for petitioner. *Solicitor General Jackson* for respondent.